**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6502**

---

DAVID SKUNDOR, and the class of similarly
situated persons being all prisoners housed in
the Quilliams I and II Units at the Mount
Olive Correctional Complex,

Plaintiff - Appellant,

versus

BEVERLY GANDEE; JAMES RUBENSTEIN; LESLIE K.
TYREE; THOMAS MCBRIDE, Warden, in his official
and personal capacity; KATHRYN LUCAS; JOE
WOOD, all in their personal capacities,

Defendants - Appellees,

GARRY BLOCKER,

Defendant.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Charles H. Haden II,
District Judge.  (CA-02-499)

---

Submitted:  May 13, 2004                    Decided:  May 20, 2004

---

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Skundor, Appellant Pro Se.  Heather A. Connolly, OFFICE OF

THE ATTORNEY GENERAL, Charleston, West Virginia, for Appellees.

--------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Skundor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Skundor v. Gandee, No. CA-02-499 (S.D.W. Va. Mar. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED